FILED

01/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0190

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

CHERYL HREN and JEFFRY J. NELSON,

      Defendants and Appellants.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including February 13, 2021, within which to prepare, serve, and file its response brief.

RB

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 12 2021